# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CASSANDRA CLAASSEN, <br> *Plaintiff* <br> v. <br> BONDED ADJUSTMENT CO., <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 2:16-CV-00012-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint and the claims therein are dismissed with prejudice and without costs or attorney's fees to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    JUSTIN L. QUACKENBUSH    on a Notice of Voluntary Dismissal.

Date: May 4, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy